IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>18TH CROZY DESIGN, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-04482<br><br>**Judge John J. Tharp Jr.**<br><br>**Magistrate Judge Laura K. McNally** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sony Interactive Entertainment LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| 18TH CROZY DESIGN | 1 |
| Bulubulu Store | 6 |
| BWEGRHE | 7 |
| Chanyuan | 9 |
| ChengDuYanBiJiuWangLuoKeJiYouXianGongSi | 11 |
| CHIFIGNO | 12 |
| dayuda | 19 |
| Enigmatic Elegance | 26 |
| Erales | 28 |
| Fangpamz | 30 |
| GY US | 43 |
| HJY Art | 46 |
| HZOHNAGO | 54 |
| Linyixingchen | 62 |

Dated this 11th day of June 2025.	Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*